UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CROWLEY CARIBBEAN SERVICES, LLC,
Plaintiff,

v.                                                                        CASE NO.:

CARILINER USA, INC., a Florida Corporation,
and CARILINER LIMITED,
Defendants.

_____/

**COMPLAINT**

The Plaintiff, CROWLEY CARIBBEAN SERVICES, LLC, (hereinafter "CROWLEY") by and through its undersigned counsel files herewith this Complaint against the Defendants, CARILINER USA, INC. (hereinafter "CARILINER USA") and CARILINER LIMITED (hereinafter "CARILINER LTD.") and for cause of action *in personam* respectfully states as follows:

**JURISDICTION**

1. This Court has original jurisdiction pursuant to 28 U.S.C. Section 1333(1). CROWLEY is seeking to enforce rights under maritime contracts, making this an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

**VENUE**

2. Venue in this case is proper. A substantial part of the activities which form the basis of this complaint occurred within the territorial limits of the United States District Court for the Southern District of Florida, namely Port Everglades, Florida.

**THE PARTIES**

3. Plaintiff, CROWLEY CARIBBEAN SERVICES, LLC, is a vessel operating common carrier engaged in international waterborne cargo transportation with a principal place of business located in Jacksonville, Florida.

4. Defendant, CARILINER USA, INC., is a Florida corporation with a principal place of business in Miami-Dade County, Florida.

5. Upon information and belief, CARILINER LIMITED is a company incorporated in the Republic of Trinidad and Tobago that maintains an agent in Miami-Dade County, Florida.

## GENERAL ALLEGATIONS

6. From May 2013 through and including July 2013, the Defendants entered into contracts of affreightment with the Plaintiff that called for the transportation of fifteen cargo shipments via ocean vessels between Port Everglades, Florida and Port Point Lisas, Trinidad and Tobago.

7. The freight charges owed to CROWLEY as compensation for the transportation services outlined in the preceding paragraph are summarized on the invoices annexed as Composite Exhibit 1.

8. In August 2013, CARILINER LTD., the consignee, tendered the two checks contained in Exhibit 2 to Gordon Grant & Co., Ltd., CROWLEY'S agent for payment in Spain. Said checks were issued in a foreign currency to cover the freight charges that comprise Exhibit 1, however, stop payments were immediately placed on the drafts.

9. The contractual terms and conditions that govern all shipments referenced in this Complaint are annexed as Exhibit 3. In accordance with paragraphs 2(c) and 21, both the shipper, CARILINER USA, as well as the consignee, CARILINER LTD., are liable for all freight charges.

10. To date, CARILINER USA and CARILINER LTD. have failed and refused to remit $37,489.00 in ocean freight owed to and duly demanded by CROWLEY.

11.  Paragraph 21 of the terms and conditions states in part, "Carrier shall be entitled to recover all costs of collection, including reasonable attorneys fees and expenses."  The Plaintiff has retained the undersigned law firm for the purposes of collecting the outstanding charges due and is obligated to the undersigned counsel for attorney's fees and costs.

### COUNT I - BREACH OF CONTRACT

12.  CROWLEY realleges and reavers the allegations contained in paragraphs 1 through 11 as if fully set forth herein.

13.  A valid contract was formed when the Plaintiff, a vessel operating common carrier, agreed to transport cargo from Port Everglades, Florida to Point Lisas, Trinidad and Tobago for the Defendants in exchange for monetary compensation.

14.  CROWLEY performed its contractual obligations, as well as all conditions precedent to bringing this suit.

15.  CARILINER USA and CARILINER LTD. committed a material breach of contract by not compensating CROWLEY for the transportation services provided.

16.  CROWLEY has suffered economic damages in the amount of $37,489.00.

WHEREFORE, CROWLEY CARIBBEAN SERVICES, LLC respectfully requests for this Honorable Court to enter judgments against both Defendants, CARILINER USA, INC. and CARILINER LIMITED, for damages in the amount of $37,489.00, interest, costs, attorney's fees and any other and further relief as may be just and proper.

Respectfully Submitted,

**DEE M. DOLVIN, P.A.**

By:  /s/ Dee M. Dolvin
Dee M. Dolvin, FBN 707491

P.O. Box 310424
Miami, Florida  33231
Telephone:  305-318-1919
E-mail:  Dee@DeeMDolvin.com
Attorney for Plaintiff