# CROWLEY CARIBBEAN SERVICES LLC

**REMIT TO:** GORDON GRANT & CO. LTD
16 CHARLES STREET P.O. BOX 286
PORT OF SPAIN, TRINIDAD W.I.

**(2) SHIPPER** (Complete Name, Address, & Zip Code) Embarcador — 5060966-04

CARILINER USA INC.
950 N.W. 11TH AVE
FT LAUDERDALE FL, 33311

**(3) BOOKING NO.** Reserva No.
CAT257864

**(3b) DATE** Fecha
09 MAY 13

**(3c) SCAC Code**
CWLQ

**(3a) BILL OF LADING/INVOICE NO.** Conocimiento de Embarque
COSS3M282556

**(4) EXPORT REFERENCES** Referencias de Exportación

**FWDR. REF NO.**

**(5) CONSIGNEE** (Complete Name, Address, & Zip Code) Consignado a:
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' — 5060966-06

CARILINER LIMITED
#8 MILTON ROAD
BALMAIN VILLAGE
COUVA, TRINIDAD W.I.

**(6) FORWARDING AGENT** Agente Embarcador - Referencias

**FMC. NO.**

**CMB NO.**

**(7) NOTIFY PARTY** (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a: — 5060966-06

SAME AS ABOVE
PH/FAX: 868-636-7597
EMAIL: CARILINER@YAHOO.COM
ATTN: ESTHER BYRON
COUVA VI 00803 TT

**(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS**
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

**(9) VESSEL** Nave — OCEAN
**VOYAGE** Viaje — 019S
**FLAG** Bandera — AG

**(10) PLACE OF RECEIPT** Carga Recibida en:
FORT LAUDERDALE, FL

**(13) PORT OF LOADING** Puerto de Carga
PORT EVERGLADES, FL

**(16) PORT OF DISCHARGE** Puerto de Descarga
POINT LISAS, TT

**(15) PLACE OF DELIVERY -** Lugar de Entrega de la Carga
5060966-06

**(18) BILL TO** (Complete Name, Address, & Zip Code):
CARILINER LIMITED
#8 MILTON ROAD
BALMAIN VILLAGE
COUVA, TRINIDAD W.I.

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRS./ CONTS./ PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| CMCU 4955457 58832 B04375287 A.E.S. SHIPMENT MIAPOS131901 X20130508022921 | 1 40FT | | 1 (40') HC DRY CONTAINER SLAC: 474 CTNS SEWING MACHINE SPARE PARTS, LAWN MOWER,HOUSEHOLD ITEMS, SHELVING, ELECTRICAL LIGHTS,ETC. | 17145U 7776.97K | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION
CONTRARY TO U.S. LAW PROHIBITED

SHIPPER LOAD AND COUNT

OCEAN FREIGHT COLLECT

EXPRESS RELEASE

**(25)** "HAZARD DECLARATION - I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME, AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/ PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

**EMERGENCY CONTACT:**

**TEL. NO.**

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| | | | **TOTALS** | | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

DUE ON INVOICE DATE UNLESS TERMS GRANTED
Invoice Number is listed in box 3A

**PAGE 1 OF 2**

PLAINTIFF'S EXHIBIT "C"

VAI

CROWLEY CARIBBEAN SERVICES LLC

GORDON GRANT & CO. LTD
REMIT TO: 16 CHARLES STREET P.O. BOX 286
PORT OF SPAIN, TRINIDAD W.I.

| 2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 5060966-04 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|

2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador — 5060966-04

CARILINER USA INC.
950 N.W. 11TH AVE
FT LAUDERDALE FL, 33311

(3b) BOOKING NO. Reserva No.
CAT257864

(3b) DATE Fecha
09 MAY 13

SCAC Code: CWLQ

BILL OF LADING/INVOICE NO.: COSS3M282556

(4) EXPORT REFERENCES Referencias de Exportacion

FWDR. REF NO.

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'        5060966-06

CARILINER LIMITED
#8 MILTON ROAD
BALMAIN VILLAGE
COUVA, TRINIDAD W.I.

(6) FORWARDING AGENT
Agente Embarcador - Referencias

FMC. NO.

CHB NO.

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:        5060966-06

SAME AS ABOVE
PH/FAX: 868-636-7597
EMAIL: CARILINER@YAHOO.COM
ATTN: ESTHER BYRON
COUVA VI 00803 TT

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

(9) VESSEL Nave    VOYAGE Viaje    FLAG Bandera
019S        AG

(10) PLACE OF RECEIPT *
Carga Recibida en:
FORT LAUDERDALE, FL

(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

(11) BILL TO (Complete Name, Address, & Zip Code):
CARILINER LIMITED
#8 MILTON ROAD
BALMAIN VILLAGE
COUVA, TRINIDAD W.I.

OCEAN

(16) PORT OF DISCHARGE Puerto de Descarga
POINT LISAS, TT

(17) PLACE OF DELIVERY *
Lugar de Entrega de la Carga        5060966-06

PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS. / PKGS. / No. de Furgones / Bultos | (21) HM | (22) | DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|---|
| D/R | EQUIP | ID | SEAL# | | WEIGHT | CUBE |
| CMCU | 4955457 | 304375287 | 58832 | | 17145L | |

(25) *HAZARD DECLARATION - I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME, AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/ PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

EMERGENCY CONTACT:        TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | EAC | 1076.00 | | 1076.00 | |
| OCEAN FUEL CHG | 1.000 | EAC | 980.00 | | 980.00 | |
| GRI | 1.000 | EAC | 75.00 | | 75.00 | |
| SECURITY/U.S. | 1.000 | EAC | 200.00 | | 200.00 | |
| SFLA DRAYAGE | 1.000 | EAC | 280.00 | | 280.00 | |
| TERM HANDL CHRG | 1.000 | EAC | 189.00 | | 189.00 | |
| | | | TOTALS | | 2800.00 | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE 2 OF 2

DUE ON INVOICE DATE UNLESS TERMS GRANTED
Invoice Number is listed in box 3A

VAI

CROWLEY CARIBBEAN SERVICES LLC

REMIT TO: 16 CHARLES STREET P.O. BOX 286
PORT OF SPAIN, TRINIDAD W.I.

| (1) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 5060966-04 | (3) BOOKING NO. Reserva No.<br>CAT587405 | (3c) SCAC<br>Code | (3a) BILL OF LADING/INVOICE NO.<br>Conocimiento de Embarque |
|---|---|---|---|---|
| CARILINER USA INC.<br>50 N.W. 11TH AVE<br>FT LAUDERDALE FL, 33311 | | (3b) DATE Fecha<br>09 MAY 13 | CWLQ | COSS3M282562 |
| | | (4) EXPORT REFERENCES<br>Referencias de Exportacion | | FWDR.<br>REF NO. |

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:<br>(NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 5060966-06 | (6) FORWARDING AGENT<br>Agente Embarcador - Referencias | FMC.<br>NO. | CMB<br>NO. |
|---|---|---|---|---|
| CARILINER LIMITED<br>#8 MILTON ROAD<br>BALMAIN VILLAGE<br>COUVA, TRINIDAD W.I. | | | | |

| (7) NOTIFY PARTY (Complete Name, Address, & Zip Code)<br>Dirigir Notificación de Llegada a: | 5060966-06 | (8) ALSO NOTIFY - ROUTING & INSTRUCTIONS<br>Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación |
|---|---|---|
| SAME AS ABOVE<br>PH/FAX: 868-636-7597<br>EMAIL: CARILINER@YAHOO.COM<br>ATTN: ESTHER BYRON<br>COUVA VI 00803 TT | | |

| (9) VESSEL Nave | VOYAGE Viaje | FLAG Bandera | (10) PLACE OF RECEIPT -<br>Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|---|---|
| | 019S | AG | FORT LAUDERDALE, FL | CARILINER LIMITED<br>#8 MILTON ROAD<br>BALMAIN VILLAGE<br>COUVA, TRINIDAD W.I. |
| OCEAN | | | (13) PORT OF LOADING Puerto de Carga<br>PORT EVERGLADES, FL | |
| (16) PORT OF DISCHARGE Puerto de Descarga<br>POINT LISAS, TT | | | (17) PLACE OF DELIVERY<br>Lugar de Entrega de la Carga | 5060966-06 |

PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S. /<br>CONTAINER NO'S.<br>Marcas y Números | (20) NO. OF TRLS./<br>CONTS./PKGS./<br>No. de Furgones /<br>Bultos | (21)<br>HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT<br>Libras/Kilos | (24) MEASUREMENT<br>Medidas |
|---|---|---|---|---|---|
| MCU 4955544<br>OR-493600 | 1<br>40FT | | 1 (40') HC DRY CONTAINER<br>SLAC: 1,452 PCS<br>COMPUTER PARTS & ACCESSORIES | 23628U<br>10717.66K | |
| E.S. SHIPMENT<br>IAPOS131902,A,B<br>20130508022922<br>20130508022923<br>20130508022924 | | | | | |

OCEAN FREIGHT COLLECT

SHIPPER LOAD AND COUNT

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED

EXPRESS RELEASE

| (25) HAZARD DECLARATION : I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/ PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS. | | | | EMERGENCY CONTACT: | | TEL NO. | |
|---|---|---|---|---|---|---|---|
| FREIGHT CHARGES Flete | RATED AS<br>Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS<br>Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS<br>A Cobrar en Dolares U.S. | FOREIGN CURRENCY<br>Moneda Local | |
| | | | | | | | |
| | | TOTALS | | | | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE 1 OF 2

DUE ON INVOICE DATE UNLESS TERMS GRANTED
Invoice Number is listed in box 3A

VAI

ROWLEY CARIBBEAN SERVICES LLC

REMIT TO: 16 CHARLES STREET P.O. BOX 286
PORT OF SPAIN, TRINIDAD W.I

| | | | |
|---|---|---|---|
| HIPPER (Complete Name, Address, & Zip Code) Embarcador | 5060966-04 | (3) BOOKING NO. Reserva No. CAT587405 | (3c) SCAC Code CWLQ | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque COSS3M282562 |

ARILINER USA INC.
30 N.W. 11TH AVE
T LAUDERDALE FL, 33311

(3b) DATE Fecha **09 MAY 13**

(4) EXPORT REFERENCES Referencias de Exportacion

FWDR.
REF NO.

CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: — 5060966-06
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'

(6) FORWARDING AGENT Agente Embarcador - Referencias

FMC. NO.

CMB NO.

CARILINER LIMITED
8 MILTON ROAD
ALMAIN VILLAGE
OUVA, TRINIDAD W.I.

NOTIFY PARTY (Complete Name, Address, & Zip Code) — 5060966-06
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

AME AS ABOVE
H/FAX: 868-636-7597
MAIL: CARILINER@YAHOO.COM
TTN: ESTHER BYRON
OUVA VI 00803 TT

| VESSEL Nave | VOYAGE Viaje | FLAG Bandera |
|---|---|---|
| 019S | AG | |

OCEAN

) PORT OF DISCHARGE Puerto de Descarga

POINT LISAS, TT

(10) PLACE OF RECEIPT Carga Recibida en:
FORT LAUDERDALE, FL

(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

(17) PLACE OF DELIVERY Lugar de Entrega de la Carga

(18) BILL TO (Complete Name, Address, & Zip Code):
CARILINER LIMITED
#8 MILTON ROAD
BALMAIN VILLAGE
COUVA, TRINIDAD W.I.

5060966-06

PARTICULARS FURNISHED BY SHIPPER

| 9) MARKS & NO'S / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS./ PKGS./ No. de Furgones / Bultos | (21) HM | (22) | DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|---|
| D/R CMCU | EQUIP ID 4955544 | | SEAL# 3045 3622 | 493600 | WEIGHT 23628L | CUBE |

(25) *HAZARD DECLARATION - I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME, AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/ PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

EMERGENCY CONTACT: ___ TEL NO. ___

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | EAC | 1076.00 | | 1076.00 | |
| OCEAN FUEL CHG | 1.000 | EAC | 980.00 | | 980.00 | |
| GRI | 1.000 | EAC | 75.00 | | 75.00 | |
| SECURITY/U.S. | 1.000 | EAC | 200.00 | | 200.00 | |
| SFLA DRAYAGE | 1.000 | EAC | 280.00 | | 280.00 | |
| TERM HANDL CHRG | 1.000 | EAC | 189.00 | | 189.00 | |
| | | TOTALS | | | 2800.00 | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE 2 OF 2

DUE ON INVOICE DATE UNLESS TERMS GRANTED
Invoice Number is listed in box 3A

VAI

OWLEY CARIBBEAN SERVICES LLC

REMIT TO: 16 CHARLES STREET P.O. BOX 286
PORT OF SPAIN, TRINIDAD W.I.

| | | |
|---|---|---|
| IPPER (Complete Name, Address, & Zip Code) Embarcador | 5060966-04 | (3) BOOKING NO. Reserva No. **CAT566800** |

(3c) SCAC Code **CWLQ**

(3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque **COSS3M282594**

ARILINER USA INC.
0 N.W. 11TH AVE
LAUDERDALE FL, 33311

(3b) DATE Fecha **09 MAY 13**

(4) EXPORT REFERENCES Referencias de Exportacion

FWDR. REF NO.

ONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:
OT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'

5060966-06

(6) FORWARDING AGENT Agente Embarcador - Referencias

FMC. NO.

CHB NO.

RILINER LIMITED
MILTON ROAD
LMAIN VILLAGE
OUVA, TRINIDAD W.I.

I

OTIFY PARTY (Complete Name, Address, & Zip Code)
irigir Notificación de Llegada a:

5060966-06

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

AME AS ABOVE
L/FAX: 868-636-7597
MAIL: CARILINER@YAHOO.COM
TTN: ESTHER BYRON

N

| VESSEL Nave | VOYAGE Viaje | FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|---|---|
| | 019S | AG | FORT LAUDERDALE, FL | CARILINER LIMITED #8 MILTON ROAD BALMAIN VILLAGE COUVA, TRINIDAD W.I. |

(13) PORT OF LOADING Puerto de Carga

CEAN

PORT EVERGLADES, FL

PORT OF DISCHARGE Puerto de Descarga

(17) PLACE OF DELIVERY Lugar de Entrega de la Carga

OINT LISAS, TT

5060966-06

V

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS. / CONTS. / PKGS. / No. de Furgones / Bultos | (21) HM | (22) | DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|---|
| MCU 2104083 3821 04375392 .E.S. SHIPMENT IAPOS131903,A,B 20130508022925 20130508022926 20130508022927 20130508022928 | 1 20FT | | | 1 (20') DRY CONTAINER SLAC: 347 PCS COPIERS,PRINTERS, ACCESSORIES,SUPPLIES, & OFFICE FURNITURE | 7353L 3335.32K | |

O

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION
CONTRARY TO U.S. LAW PROHIBITED

OCEAN FREIGHT COLLECT

SHIPPER LOAD AND COUNT

EMERGENCY CONTACT:          TEL NO.

(25) "HAZARD DECLARATION - I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY
DESCRIBED ABOVE BY THE PROPER SHIPPING NAME, AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/
PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE
INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| | | | | | | |

C

| | | | TOTALS | | | |
|---|---|---|---|---|---|---|

E

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE 1 OF 2

DUE ON INVOICE DATE UNLESS TERMS GRANTED
Invoice Number is listed in box 3A

VAI

NLEY CARIBBEAN SERVICES LLC

| | 5060966-04 | (3) BOOKING NO. Reserva No. | (3c) SCAC Code | (3a) |
|---|---|---|---|---|
| | | CAT566800 | CWLQ | COSS3M282594 |
| | | (3b) DATE Fecha | | |
| | | 09 MAY 13 | | |

PER (Complete Name, Address, & Zip Code) Embarcador

ILINER USA INC.
N.W. 11TH AVE
LAUDERDALE FL, 33311

(4) EXPORT REFERENCES
Referencias de Exportación

FWDR.
REF NO.

| SIGNEE (Complete Name, Address, & Zip Code) Consignado a:
NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 5060966-06 | (6) FORWARDING AGENT
Agente Embarcador - Referencias | FMC. NO. | CNB No. |
|---|---|---|---|---|

ILINER LIMITED
MILTON ROAD
MAIN VILLAGE
UVA, TRINIDAD W.I.

| TIFY PARTY (Complete Name, Address, & Zip Code) Notificar a:
gir Notificación de Llegada a: | 5060966-06 | (8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación |
|---|---|---|

ME AS ABOVE
/FAX: 868-636-7597
AIL: CARILINER@YAHOO.COM
TN: ESTHER BYRON

N

| SSEL Nave | VOYAGE Viaje | FLAG Bandera | (10) PLACE OF RECEIPT en:
Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|---|---|
| 019S | AG | | FORT LAUDERDALE, FL | CARILINER LIMITED
#8 MILTON ROAD
BALMAIN VILLAGE
COUVA, TRINIDAD W.I. |
| | | | (13) PORT OF LOADING Puerto de Carga | |
| CEAN | | | PORT EVERGLADES, FL | |

PORT OF DISCHARGE Puerto de Descarga

(17) PLACE OF DELIVERY
Lugar de Entrega de la Carga

JINT LISAS, TT

5060966-06

V

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NO'S /
CONTAINER NO'S.
Marcas y Números | (20) NO. OF TRLS./
CONTS./PKGS./
No. de Furgones
/ Bultos | (21)
HM | (22) | DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT
Libras/Kilos | (24) MEASUREMENT
Medidas |
|---|---|---|---|---|---|---|
| | | | | EXPRESS RELEASE | | CUBE |
| /R
CMCU | EQUIP ID
2104083 | SEAL#
304375392 | 58821 | | WEIGHT
7353L | |

O

EMERGENCY CONTACT:        TEL NO.

I

25) "HAZARD DECLARATION - I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

| FREIGHT CHARGES Flete | RATED AS
Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS
Prepaydo en Dolares U.S. | TO BE COLLECTED IN US DOLLARS
A Cobrar en Dolares U.S. | FOREIGN CURRENCY
Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | EAC | 853.00 | | 853.00 | |
| OCEAN FUEL CHG | 1.000 | EAC | 490.00 | | 490.00 | |
| GRI | 1.000 | EAC | 38.00 | | 38.00 | |
| SECURITY/U.S. | 1.000 | EAC | 100.00 | | 100.00 | |
| SFLA DRAYAGE | 1.000 | EAC | 280.00 | | 280.00 | |
| TERM HANDL CHRG | 1.000 | EAC | 189.00 | | 189.00 | |
| | | | | | | C |
| | | TOTALS | | | 1950.00 | |
| | | | | | | E |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE 2 OF 2

DUE ON INVOICE DATE UNLESS TERMS GRANTED
Invoice Number is listed in box 3A

VAI

# CROWLEY CARIBBEAN SERVICES LLC

**REMIT TO:** GORDON GRANT & CO. LTD
16 CHARLES STREET P.O. BOX 286
PORT OF SPAIN, TRINIDAD W.I.

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 5060966-04 | (3) BOOKING NO. Reserva No. **CAT752150** | (3c) SCAC Code **CWLQ** | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque **COSS3M284692** |
|---|---|---|---|---|

**CARILINER USA INC.**
950 N.W. 11TH AVE
FT LAUDERDALE FL, 33311

(3B) DATE Fecha **16 MAY 13**

(4) EXPORT REFERENCES Referencias de Exportacion

FWDR. REF NO.

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 5060966-06 |
|---|---|

**CARILINER LIMITED**
#8 MILTON ROAD
BALMAIN VILLAGE
COUVA, TRINIDAD W.I.

(6) FORWARDING AGENT Agente Embarcador - Referencias

FMC. NO.

CHB NO.

| (7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a: | 5060966-06 |
|---|---|

**SAME AS ABOVE**
PH/FAX: 868-636-7597
EMAIL: CARILINER@YAHOO.COM
ATTN: ESTHER BYRON
COUVA VI 00803 TT

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

| (9) VESSEL Nave | VOYAGE Viaje | FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|---|---|
| 020S | AG | | **FORT LAUDERDALE, FL** | **CARILINER LIMITED** |
| **WEISSHORN** | | | | #8 MILTON ROAD BALMAIN VILLAGE COUVA, TRINIDAD W.I. |

(13) PORT OF LOADING Puerto de Carga
**PORT EVERGLADES, FL**

(16) PORT OF DISCHARGE Puerto de Descarga
**POINT LISAS, TT**

(17) PLACE OF DELIVERY Lugar de Entrega de la Carga

5060966-06

## PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS./PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| CAXU 9781130 58891 804509423 | 1 40FT | | 1 (40') HC DRY CONTAINER SLAC: 100 CTNS | 8380L 3801.17K | |
| A.E.S. SHIPMENT MIAPOS132001,A,B X20130515023277 X20130515023278 X20130515046996 X20130515040312 | | | HOUSEHOLD ITEMS, HOUSEHOLD FURNITURE, ELECTRICAL LAMPS REAL CORP        23 CTNS MODANI MIAMI LLC 11 CTNS, AMERICAN SIGNATURE 43 CTNS, CITY FURNITURE    14 CTNS EL DORADO FURNITURE 1 CTN, PEGO LAMPS        8 CTNS. | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION
CONTRARY TO U.S. LAW PROHIBITED

(25) *HAZARD DECLARATION · I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME, AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/ PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

EMERGENCY CONTACT: TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| | | | | | | |

| | TOTALS | | | | | |
|---|---|---|---|---|---|---|

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE 1 OF 2

DUE ON INVOICE DATE UNLESS TERMS GRANTED
Invoice Number is listed in box 3A

VAI

CROWLEY CARIBBEAN SERVICES LLC

GORDON GRANT & CO. LTD
REMIT TO: 16 CHARLES STREET P.O. BOX 286
PORT OF SPAIN, TRINIDAD W.I.

| (1) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 5060966-04 | (3) BOOKING NO. Reserva No. CAT752150 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|
| CARILINER USA INC. 50 N.W. 11TH AVE T LAUDERDALE FL, 33311 | | (3b) DATE Fecha 16 MAY 13 | CWLQ | COSS3M284692 |
| | | (4) EXPORT REFERENCES Referencias de Exportacion | | FWDR. REF NO. |

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 5060966-06 | (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CHB NO. |
|---|---|---|---|---|
| CARILINER LIMITED 8 MILTON ROAD BALMAIN VILLAGE COUVA, TRINIDAD W.I. | | | | |

| (7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a: | 5060966-06 | (8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación |
|---|---|---|
| SAME AS ABOVE PH/FAX: 868-636-7597 EMAIL: CARILINER@YAHOO.COM ATTN: ESTHER BYRON COUVA VI 00803 TT | | |

| (9) VESSEL Nave | VOYAGE Viaje | FLAG Bandera | (10) PLACE OF RECEIPT en: Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|---|---|
| 020S | AG | | FORT LAUDERDALE, FL | CARILINER LIMITED #8 MILTON ROAD BALMAIN VILLAGE COUVA, TRINIDAD W.I. |
| WEISSHORN | | | (13) PORT OF LOADING Puerto de Carga PORT EVERGLADES, FL | |
| (16) PORT OF DISCHARGE Puerto de Descarga | | | (17) PLACE OF DELIVERY Lugar de Entrega de la Carga | |
| POINT LISAS, TT | | | | 5060966-06 |

PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS./PKGS./ No. de Furgones / Bultos | (21) HM | (22) | DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|---|
| | | | | OCEAN FREIGHT COLLECT | | |
| | | | | SHIPPER LOAD AND COUNT | | |
| | | | | EXPRESS RELEASE | | |
| D/R | EQUIP CAXU | ID 9781130 | SEAL# 304509423  58891 | | WEIGHT 8380L | CUBE |

(25) *HAZARD DECLARATION - I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME, AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/ PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

EMERGENCY CONTACT: _____ TEL NO. _____

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | EAC | 1076.00 | | 1076.00 | |
| OCEAN FUEL CHG | 1.000 | EAC | 980.00 | | 980.00 | |
| GRI | 1.000 | EAC | 75.00 | | 75.00 | |
| SECURITY/U.S. | 1.000 | EAC | 200.00 | | 200.00 | |
| SFLA DRAYAGE | 1.000 | EAC | 280.00 | | 280.00 | |
| TERM HANDL CHRG | 1.000 | EAC | 189.00 | | 189.00 | |
| | | | TOTALS | | 2800.00 | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  2 OF  2

DUE ON INVOICE DATE UNLESS TERMS GRANTED
Invoice Number is listed in box 3A

VAI

**CROWLEY CARIBBEAN SERVICES LLC**

REMIT TO: GORDON GRANT & CO. LTD
16 CHARLES STREET P.O. BOX 286
PORT OF SPAIN, TRINIDAD W.I.

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | | |
|---|---|---|
| 5060966-04 | | |

CARILINER USA INC.
950 N.W. 11TH AVE
FT LAUDERDALE, FL 33311

| (3) BOOKING NO. Reserva No. | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|
| CAT257655 | CWLQ | COSS3M290188 |
| (3b) DATE Fecha 31 MAY 13 | | |

(4) EXPORT REFERENCES Referencias de Exportacion

FWDR. REF NO.

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'

5060966-06

CARILINER LIMITED
#8 MILTON ROAD
BALMAIN VILLAGE,
COUVA, TRINIDAD W.I.

(6) FORWARDING AGENT
Agente Embarcador - Referencias

FMC. NO.

CHB NO.

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

5060966-06

SAME AS ABOVE
PH/FAX: 868-636-7597
EMAIL:
CARILINER@YAHOO.COM
COUVA VI 00803 TT

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

| (9) VESSEL Nave | VOYAGE Viaje | FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|---|---|
| | 022S | AG | MIAMI, FL | |

WEISSHORN

(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

CARILINER LIMITED
#8 MILTON ROAD
BALMAIN VILLAGE,
COUVA, TRINIDAD W.I.

(16) PORT OF DISCHARGE Puerto de Descarga
POINT LISAS, TT

(17) PLACE OF DELIVERY - Lugar de Entrega de la Carga

5060966-06

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS. /PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| FCIU 8094916 | 1 | | 1 X 40 DRY CONTAINER | 39450L | |
| KYL-821726 | 40FT | | 31 SKIDS | 17894.52K | |
| X20130529003089 | | | BUILDING & HARDWARE SUPPLIES | | |
| X20130529003090 | | | | | |
| X20130529003091 | | | | | |
| X20130529003092 | | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED
OCEAN FREIGHT COLLECT
EXPRESS RELEASE

MIAPOS132201,A,B,C,

| D/R | EQUIP ID | SEAL# | | WEIGHT | CUBE |
|---|---|---|---|---|---|
| | FCIU 8094916 | 804506418 | 821726 | 39450L | |

(25) "HAZARD DECLARATION - I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME, AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/ PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

EMERGENCY CONTACT:  TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | EAC | 1076.00 | | 1076.00 | |
| OCEAN FUEL CHG | 1.000 | EAC | 980.00 | | 980.00 | |
| GRI | 1.000 | EAC | 75.00 | | 75.00 | |
| SECURITY/U.S. | 1.000 | EAC | 200.00 | | 200.00 | |
| SFLA DRAYAGE | 1.000 | EAC | 280.00 | | 280.00 | |
| TERM HANDL CHRG | 1.000 | EAC | 189.00 | | 189.00 | |
| STOP-OFF CHRG | 1.000 | EAC | 100.00 | | 100.00 | |
| **TOTALS** | | | | | 2900.00 | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

DUE ON INVOICE DATE UNLESS TERMS GRANTED
Invoice Number is listed in box 3A

PAGE 1 OF 1

VAI

CROWLEY CARIBBEAN SERVICES LLC

GORDON GRANT & CO. LTD
REMIT TO: 16 CHARLES STREET P.O. BOX 286
PORT OF SPAIN, TRINIDAD W.I.

| (1) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 5060966-04 | (3) BOOKING NO. Reserva No. CAT386610 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|
| CARILINER USA INC. 950 N.W. 11TH AVE FT LAUDERDALE FL, 33311 | | (3b) DATE Fecha 31 MAY 13 | CWLQ | COSS3M290249 |
| | | (4) EXPORT REFERENCES Referencias de Exportacion | | FWDR. REF NO. |

| (2) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 5060966-06 | (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CMB NO. |
|---|---|---|---|---|
| CARILINER LIMITED #8 MILTON ROAD, BALMAIN VILLAGE, COUVA,TRINIDAD W.I. | | | | |

| (7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a: | 5060966-06 | (8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Domestica/Instrucciones de Exportación |
|---|---|---|
| SAME AS ABOVE PH/FAX: 868-636-7597 EMAIL: CARILINER@YAHOO.COM COUVA VI 00803 TT | | |

| (9) VESSEL Nave | VOYAGE Viaje | FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|---|---|
| | 022S | AG | FORT LAUDERDALE, FL | CARILINER LIMITED #8 MILTON ROAD, BALMAIN VILLAGE, COUVA,TRINIDAD W.I. |
| WEISSHORN | | | (13) PORT OF LOADING Puerto de Carga PORT EVERGLADES, FL | |
| (16) PORT OF DISCHARGE Puerto de Descarga | | | (17) PLACE OF DELIVERY Lugar de Entrega de la Carga | |
| POINT LISAS, TT | | | | 5060966-06 |

PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS. / PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| CAIU 2124487 KYL-821727 (20130529003093 | 1 20FT | | 1 X 20 DRY CONTAINER SLAC 19 PCS 6 SKIDS& 1 BOX PRINTING MATERIALS, 11 SKIDS & 1 BOX CLOSE-OUT UNSEASONAL CLOTHING OCEAN FREIGHT COLLECT THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED A.E.S SHIPMENT #MIAPOS132202 EXPRESS RELEASE | 16305L 7395.95K | |
| D/R | EQUIP ID CAIU 2124487 | SEAL# 804506550  821727 | | WEIGHT 16305L | CUBE |

(25) HAZARD DECLARATION - I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME, AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/ PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.     EMERGENCY CONTACT:     TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | EAC | 853.00 | | 853.00 | |
| OCEAN FUEL CHG | 1.000 | EAC | 490.00 | | 490.00 | |
| GRI | 1.000 | EAC | 38.00 | | 38.00 | |
| SECURITY/U.S. | 1.000 | EAC | 100.00 | | 100.00 | |
| SFLA DRAYAGE | 1.000 | EAC | 280.00 | | 280.00 | |
| TERM HANDL CHRG | 1.000 | EAC | 189.00 | | 189.00 | |
| | | | TOTALS | | 1950.00 | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE 1 OF 1

DUE ON INVOICE DATE UNLESS TERMS GRANTED
Invoice Number is listed in box 3A

VAI

**CROWLEY CARIBBEAN SERVICES LLC**

GORDON GRANT & CO. LTD
REMIT TO: 16 CHARLES STREET P.O. BOX 286
PORT OF SPAIN, TRINIDAD W.I.

| | |
|---|---|
| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 5060966-04 |

(3) BOOKING NO. Reserva No.
**CAT378471**

(3b) DATE Fecha
**13 JUN 13**

(3c) SCAC Code
**CWLQ**

(3a) BILL OF LADING/INVOICE NO.
Conocimiento de Embarque
**COSS3M294650**

CARILINER USA INC.
950 N.W. 11TH AVE
FT LAUDERDALE FL, 33311

(4) EXPORT REFERENCES
Referencias de Exportacion

FWDR.
REF NO.

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'          5060966-06

CARILINER LIMITED
#8 MILTON ROAD
BALMAIN VILLAGE
COUVA, TRINIDAD W.I.

(6) FORWARDING AGENT - Referencias
Agente Embarcador - Referencias

FMC. NO.

C/B NO.

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:          5060966-06

SAME AS ABOVE
PH/FAX: 868-636-7597
EMAIL: CARILINER@YAHOO.COM
ATTN: ESTHER BYRON
COUVA VI 00803 TT

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

| (8) VESSEL Nave | VOYAGE Viaje | FLAG Bandera | (10) PLACE OF RECEIPT · Carga Recibida en: |
|---|---|---|---|
| 024S | AG | | FORT LAUDERDALE, FL |
| WEISSHORN | | | (13) PORT OF LOADING Puerto de Carga |
| | | | PORT EVERGLADES, FL |

(18) BILL TO (Complete Name, Address, & Zip Code):

CARILINER LIMITED
#8 MILTON ROAD
BALMAIN VILLAGE
COUVA, TRINIDAD W.I.

| (16) PORT OF DISCHARGE Puerto de Descarga | (17) PLACE OF DELIVERY · Lugar de Entrega de la Carga |
|---|---|
| POINT LISAS, TT | 5060966-06 |

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS./PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| CMCU 2091746 KYL821728 B04514205 | 1 20FT | | 1 (20') DRY CONTAINER SLAC: 242 PCS OFFICE MACHINES, LIBRARY & OFFICE FURNITURE & EQUIPMENT, ACCESSORIES & SUPPLIES. | 6268L 2843.16K | |
| A.E.S. SHIPMENT MIAPOS132401,ABC X20130612019742 X20130612019743 X20130612019744 X20130612019745 | | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT  ADMINISTRATION REGULATIONS. DIVERSION
CONTRARY TO U.S. LAW PROHIBITED

OCEAN FREIGHT COLLECT

EXPRESS RELEASE

(25) HAZARD DECLARATION - I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY
DESCRIBED ABOVE BY THE PROPER SHIPPING NAME, AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/
PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE
INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

EMERGENCY CONTACT:          TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| | | | | | | |
| **TOTALS** | | | | | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  1 OF  2

DUE ON INVOICE DATE UNLESS TERMS GRANTED
Invoice Number is listed in box 3A

VAI

# CROWLEY CARIBBEAN SERVICES LLC

REMIT TO: GORDON GRANT & CO. LTD
16 CHARLES STREET P.O. BOX 286
PORT OF SPAIN, TRINIDAD W.I.

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 5060966-04 | (3) BOOKING NO. Reserva No. | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|
| CARILINER USA INC. 950 N.W. 11TH AVE FT LAUDERDALE FL, 33311 | | CAT378471 (3b) DATE Fecha 13 JUN 13 | CWLQ | COSS3M294650 |

(4) EXPORT REFERENCES Referencias de Exportacion    FWDR. REF NO.

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 5060966-06 | (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CHB NO. |
|---|---|---|---|---|
| CARILINER LIMITED #8 MILTON ROAD BALMAIN VILLAGE COUVA, TRINIDAD W.I. | | | | |

| (7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a: | 5060966-06 | (8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación |
|---|---|---|
| SAME AS ABOVE PH/FAX: 868-636-7597 EMAIL: CARILINER@YAHOO.COM ATTN: ESTHER BYRON COUVA VI 00803 TT | | |

| (9) VESSEL Nave | VOYAGE Viaje | FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: | (11) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|---|---|
| 024S WEISSHORN | AG | | FORT LAUDERDALE, FL (13) PORT OF LOADING Puerto de Carga PORT EVERGLADES, FL | CARILINER LIMITED #8 MILTON ROAD BALMAIN VILLAGE COUVA, TRINIDAD W.I. |
| (16) PORT OF DISCHARGE Puerto de Descarga POINT LISAS, TT | | | (17) PLACE OF DELIVERY Lugar de Entrega de la Carga | 5060966-06 |

## PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS./ PKGS./ No. de Furgones / Bultos | (21) HM | (22) | DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|---|
| D/R | EQUIP CMCU | ID 2091746 | SEAL# 30451 | 4205   KYL821728 | WEIGHT 6268L | CUBE |

(25) *HAZARD DECLARATION - I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME, AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/ PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.    EMERGENCY CONTACT:    TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | EAC | 853.00 | | 853.00 | |
| OCEAN FUEL CHG | 1.000 | EAC | 490.00 | | 490.00 | |
| GRI | 1.000 | EAC | 38.00 | | 38.00 | |
| SECURITY/U.S. | 1.000 | EAC | 100.00 | | 100.00 | |
| SFLA DRAYAGE | 1.000 | EAC | 280.00 | | 280.00 | |
| TERM HANDL CHRG | 1.000 | EAC | 189.00 | | 189.00 | |
| TOTALS | | | | | 1950.00 | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

DUE ON INVOICE DATE UNLESS TERMS GRANTED
Invoice Number is listed in box 3A

VAI

WLEY CARIBBEAN SERVICES LLC

**REMIT TO:** 16 CHARLES STREET P.O. BOX 200
PORT OF SPAIN, TRINIDAD W.I.

| | |
|---|---|
| 5060966-04 | (3) BOOKING NO. Reserva No. **CAT252801** |

| (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|
| **CWLQ** | **COSS3M300215** |

PER (Complete Name, Address, & Zip Code) Embarcador

ILINER USA INC.
N.W. 11TH AVE
LAUDERDALE FL, 33311

(9b) DATE Fecha **28 JUN 13**

(4) EXPORT REFERENCES Referencias de Exportacion

FWDR. REF NO.

| NSIGNEE (Complete Name, Address, & Zip Code) Consignado a: T NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 5060966-06 |
|---|---|

(6) FORWARDING AGENT Agente Embarcador - Referencias

FMC. NO.

CHB N

RILINER LIMITED
MILTON ROAD,
LMAIN VILLAGE,
UVA,TRINIDAD W.I.

| NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a: | 5060966-06 |
|---|---|

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

ME AS ABOVE
/FAX: 868-636-7597
AIL:
RILINER@YAHOO.COM
UVA VI 00803 TT

(18) BILL TO (Complete Name, Address, & Zip Code):

CARILINER LIMITED
#8 MILTON ROAD,
BALMAIN VILLAGE,
COUVA,TRINIDAD W.I.

| ESSEL Nave | VOYAGE Viaje | FLAG Bandera | (10) PLACE OF RECEIPT: Carga Recibida en: |
|---|---|---|---|
| 026S | AG | | **FORT LAUDERDALE, FL** |

| | | | (13) PORT OF LOADING Puerto de Carga |
|---|---|---|---|
| EISSHORN | | | **PORT EVERGLADES, FL** |

PORT OF DISCHARGE Puerto de Descarga

OINT LISAS, TT

(17) PLACE OF DELIVERY Lugar de Entrega de la Carga

| 5060966-06 |
|---|

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS./PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| CU 2095464 1729 4525463 20130626006589 | 1 20FT | | 1 X 20 DRY CONTAINER SLAC 67 PIECES 1 SKID & 26 BOXES SPARE PARTS,TABLES,VIBRA SCREW,PRINTER,LAPTOP, KEYENCE DIDGITAL SENSORS,FIRE SENSORS, DATA CARTRIDGES,EVAX SYSTEMS,PARTS. 3 SKIDS (12 DRUMS) ROYAL D SMOKE FLAVOR. 6 PCS FURNITURE & PARTS. 13 PCS FRIED GARLIC. 2 SKIDS(100 BAGS) CITRIC ACID. 6 PCS FRIED SAUTEED ONIONS. 3 SKIDS(10 DRUMS) TAMARIND PUREE. 7 SKIDS PLASTIC CAPS. | 22566L 10235.94K | |

OCEAN FREIGHT COLLECT
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION
CONTRARY TO U.S. LAW PROHIBITED

EMERGENCY CONTACT: TEL NO.

(25) HAZARD DECLARATION - I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME, AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/ PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| | | | | | | |
| **TOTALS** | | | | | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE
DUE ON INVOICE DATE UNLESS TERMS GRANTED
Invoice Number is listed in box 3A

PAGE 1 OF 2

VAI

ILEY CARIBBEAN SERVICES LLC

REMIT TO: 16 CHARLES STREET, P.O. BOX
PORT OF SPAIN, TRINIDAD W.I.

| | | | |
|---|---|---|---|
| 5060966-04 | (3) BOOKING NO. Reserva No.<br>CAT252801 | (3c) SCAC Code<br>CWLQ | (3a) BILL OF LADING/INVOICE NO.<br>Conocimiento de Embarque<br>COSS3M300215 |

ER (Complete Name, Address, & Zip Code) Embarcador

| | (3b) DATE Fecha | FWDR. |
|---|---|---|
| | 28 JUN 13 | REF NO. |

LINER USA INC.
.N.W. 11TH AVE
LAUDERDALE FL, 33311

(4) EXPORT REFERENCES
Referencias de Exportacion

| | | |
|---|---|---|
| SIGNEE (Complete Name, Address, & Zip Code) Consignado a: | 5060966-06 | (6) FORWARDING AGENT<br>Agente Embarcador - Referencias |

NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'

FMC. NO.   CMB N.

LINER LIMITED
MILTON ROAD,
MAIN VILLAGE,
VA, TRINIDAD W.I.

| | | |
|---|---|---|
| IFY PARTY (Complete Name, Address, & Zip Code) | 5060966-06 | (8) ALSO NOTIFY - ROUTING & INSTRUCTIONS<br>Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación |

gir Notificación de Llegada a:

ME AS ABOVE
/FAX: 868-636-7597
AIL:
RILINER@YAHOO.COM
UVA VI 00803 TT

(18) BILL TO (Complete Name, Address, & Zip Code):

CARILINER LIMITED
#8 MILTON ROAD,
BALMAIN VILLAGE,
COUVA,TRINIDAD W.I.

| SSEL Nave | VOYAGE Viaje | FLAG Bandera | (10) PLACE OF RECEIPT:<br>Carga Recibida en: |
|---|---|---|---|
| 026S | AG | | FORT LAUDERDALE, FL |
| | | | (13) PORT OF LOADING Puerto de Carga |
| ISSHORN | | | PORT EVERGLADES, FL |

| PORT OF DISCHARGE Puerto de Descarga | (17) PLACE OF DELIVERY<br>Lugar de Entrega de la Carga |
|---|---|
| INT LISAS, TT | |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NO'S /<br>CONTAINER NO'S.<br>Marcas y Números | (20) NO. OF TRLS. /<br>CONTS. / PKGS /<br>No. de Furgones<br>/ Bultos | (21)<br>HM | (22) | DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT<br>Libras/Kilos | (24) MEASUREMENT<br>Medidas |
|---|---|---|---|---|---|---|
| | | | | | WEIGHT<br>22566L | CUBE |
| /R<br>CMCU | EQUIP ID<br>2095464 | SEAL#<br>3045 | 25463   821729 | | | |

EMERGENCY CONTACT:   TEL NO.

(25) "HAZARD DECLARATION : I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME, AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

| FREIGHT CHARGES Flete | RATED AS<br>Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS<br>Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS<br>A Cobrar en Dolares U.S. | FOREIGN CURRENCY<br>Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | EAC | 891.00 | | 891.00 | |
| OCEAN FUEL CHG | 1.000 | EAC | 490.00 | | 490.00 | |
| GRI | 1.000 | EAC | 38.00 | | 38.00 | |
| SECURITY/U.S. | 1.000 | EAC | 100.00 | | 100.00 | |
| SFLA DRAYAGE | 1.000 | EAC | 280.00 | | 280.00 | |
| TERM HANDL CHRG | 1.000 | EAC | 189.00 | | 189.00 | |
| | | | TOTALS | | 1988.00 | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE 2 OF 2

DUE ON INVOICE DATE UNLESS TERMS GRANTED
Invoice Number is listed in box 3A

VAI

CROWLEY CARIBBEAN SERVICES LLC

REMIT TO: 16 CHARLES STREET P.O. BOX 286
PORT OF SPAIN, TRINIDAD W.I.

| | |
|---|---|
| SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 5060966-04 |

CARILINER USA INC.
500 N.W. 11TH AVE
FT. LAUDERDALE FL, 33311

(3) BOOKING NO. Reserva No.
CAT252800

(3b) DATE Fecha
28 JUN 13

(4) EXPORT REFERENCES
Referencias de Exportacion

(3c) SCAC Code
CWLQ

(3a) BILL OF LADING/INVOICE NO.
Conocimiento de Embarque
COSS3M300338

FWDR. REF NO.

CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'

5060966-06

CARILINER LIMITED
#8 MILTON ROAD,
BALMAIN VILLAGE,
COUVA,TRINIDAD W.I.

(6) FORWARDING AGENT
Agente Embarcador - Referencias

FMC. NO.

CMB NO.

NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

5060966-06

SAME AS ABOVE
PH/FAX: 868-636-7597
EMAIL:N VILLAGE
CARILINER@YAHOO.COM
COUVA VI 00803 TT

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

VESSEL Nave | VOYAGE Viaje | FLAG Bandera
026S | AG

(10) PLACE OF RECEIPT
Carga Recibida en:
FORT LAUDERDALE, FL

(18) BILL TO (Complete Name, Address, & Zip Code)
CARILINER LIMITED
#8 MILTON ROAD,
BALMAIN VILLAGE,
COUVA,TRINIDAD W.I.

WEISSHORN

(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

PORT OF DISCHARGE Puerto de Descarga
POINT LISAS, TT

(17) PLACE OF DELIVERY
Lugar de Entrega de la Carga
5060966-06

PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS./PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| CMCU 2098139 20130626006634 | 1 20FT | | 1 X 20 DRY CONTAINER SLAC 2715 CTNS SHOE CARE PRODUCTS & HAIR ACCESSORIES | 20038L 9089.24K | |

OCEAN FREIGHT COLLECT
THESE COMMODITIES,TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION
CONTRARY TO U.S. LAW PROHIBITED
A.E.S SHIPMENT MIAPOS132603

EXPRESS RELEASE

| D/R | EQUIP | ID | SEAL# | | | WEIGHT | CUBE |
|---|---|---|---|---|---|---|---|
| | CMCU | 2098139 | B04523619 | KYL821731 | | 20038L | |

(25) *HAZARD DECLARATION - I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME, AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/ PLACARDED, AND ARE IN ALL RESPECT IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

EMERGENCY CONTACT: TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | EAC | 891.00 | | 891.00 | |
| OCEAN FUEL CHG | 1.000 | EAC | 490.00 | | 490.00 | |
| GRI | 1.000 | EAC | 38.00 | | 38.00 | |
| SECURITY/U.S. | 1.000 | EAC | 100.00 | | 100.00 | |
| SFLA DRAYAGE | 1.000 | EAC | 280.00 | | 280.00 | |
| TERM HANDL CHRG | 1.000 | EAC | 189.00 | | 189.00 | |
| | | | TOTALS | | 1988.00 | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE 1 OF 1

DUE ON INVOICE DATE UNLESS TERMS GRANTED
Invoice Number is listed in box 3A

VAI

**CROWLEY CARIBBEAN SERVICES LLC**

REMIT TO: GORDON GRANT & CO. LTD
16 CHARLES STREET P.O. BOX 286
PORT OF SPAIN, TRINIDAD W.I.

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 5060966-04 | (3) BOOKING NO. Reserva No. CAT661876 | (3c) SCAC Code CWLQ | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque COSS3M300344 |

**(2) SHIPPER**
CARILINER USA INC.
950 N.W. 11TH AVE
FT LAUDERDALE FL, 33311

(3b) DATE Fecha **28 JUN 13**

(4) EXPORT REFERENCES Referencias de Exportación

FWDR. REF NO.

**(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:**
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'
5060966-06

CARILINER LIMITED
#8 MILTON ROAD,
BALMAIN VILLAGE,
COUVA,TRINIDAD W.I.

(6) FORWARDING AGENT Agente Embarcador - Referencias

FMC. NO.

CHB NO.

**(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)**
Dirigir Notificación de Llegada a:
5060966-06

SAME AS ABOVEITED
PH/FAX: 868-636-7597
EMAIL:N VILLAGE
CARILINER@YAHOO.COM
COUVA IN 00803 TT

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

| (9) VESSEL Nave | VOYAGE Viaje | FLAG Bandera | (10) PLACE OF RECEIPT en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
| 026S | AG | | FORT LAUDERDALE, FL | CARILINER LIMITED |

**WEISSHORN**

(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

CARILINER LIMITED
#8 MILTON ROAD,
BALMAIN VILLAGE,
COUVA,TRINIDAD W.I.

(16) PORT OF DISCHARGE Puerto de Descarga
**POINT LISAS, TT**

(17) PLACE OF DELIVERY - Lugar de Entrega de la Carga
5060966-06

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS./PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| TTNU 9082775 KYL821732 B04523684 | 1 40FT | | 1 X 40'DRY CONTAINER SLAC 40 PCS | 20974L 9513.81K | |
| X20130626024278 | | | 2 SKIDS & 3 BOXES PERSONAL EFFECTS. 9 SKIDS CLOSE-OUT UNSEASONAL CLOTHING. 2 SKIDS PRINTING MATERIALS. 1 SKID & 2 PCS CLEANING MATERIALS, 3 SKIDS TRUCK TARPS, 17 PCS FURNITURE, 1 SKID ALCHOHOL & LIGHTS. | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED
OCEAN FREIGHT COLLECT

A.E.S SHIPMENT #
MIAPO$132604

(25) *HAZARD DECLARATION - I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME, AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/ PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

EMERGENCY CONTACT:

TEL. NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| | | | TOTALS | | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

DUE ON INVOICE DATE UNLESS TERMS GRANTED
Invoice Number is listed in box 3A

PAGE 1 OF 2

VAI

**CROWLEY CARIBBEAN SERVICES LLC**

REMIT TO: GORDON GRANT & CO. LTD
16 CHARLES STREET P.O. BOX 286
PORT OF SPAIN, TRINIDAD W.I.

| | | |
|---|---|---|
| 2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 5060966-04 | (3) BOOKING NO. Reserva No. **CAT661876** (3c) SCAC Code **CWLQ** (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque **COSS3M300344** |

CARILINER USA INC.
950 N.W. 11TH AVE
FT LAUDERDALE FL, 33311

(3b) DATE Fecha **28 JUN 13**

(4) EXPORT REFERENCES Referencias de Exportacion

FWDR. REF NO.

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'     5060966-06

CARILINER LIMITED
#8 MILTON ROAD,
BALMAIN VILLAGE,
COUVA,TRINIDAD W.I.

(6) FORWARDING AGENT
Agente Embarcador - Referencias

FMC. NO.   CHB NO.

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:     5060966-06

SAME AS ABOVEITED
PH/FAX: 868-636-7597
EMAIL:N VILLAGE
CARILINER@YAHOO.COM
COUVA VI 00803 TT

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

| (9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera | (10) PLACE OF RECEIPT - Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|
| 026S   AG | FORT LAUDERDALE, FL | CARILINER LIMITED #8 MILTON ROAD, BALMAIN VILLAGE, COUVA,TRINIDAD W.I. |
| WEISSHORN | (13) PORT OF LOADING Puerto de Carga **PORT EVERGLADES, FL** | |
| (16) PORT OF DISCHARGE Puerto de Descarga **POINT LISAS, TT** | (17) PLACE OF DELIVERY - Lugar de Entrega de la Carga | 5060966-06 |

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS. / CONTS. / PKGS. / No. de Furgones / Bultos | (21) HM | (22) | DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|---|
| D/R    EQUIP TTNU | ID 9082775 | SEAL# 004523684 | | KYL821732 | WEIGHT 20974L | CUBE |

(25) *HAZARD DECLARATION - I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME, AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/ PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

EMERGENCY CONTACT:      TEL. NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | EAC | 1151.00 | | 1151.00 | |
| OCEAN FUEL CHG | 1.000 | EAC | 980.00 | | 980.00 | |
| GRI | 1.000 | EAC | 75.00 | | 75.00 | |
| SECURITY/U.S. | 1.000 | EAC | 200.00 | | 200.00 | |
| SFLA DRAYAGE | 1.000 | EAC | 280.00 | | 280.00 | |
| TERM HANDL CHRG | 1.000 | EAC | 189.00 | | 189.00 | |
| TOTALS | | | | | 2875.00 | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE
DUE ON INVOICE DATE UNLESS TERMS GRANTED
Invoice Number is listed in box 3A

PAGE 2 OF 2

VAI

CROWLEY CARIBBEAN SERVICES LLC

GORDON GRANT & CO. LTD

REMIT TO: 16 CHARLES STREET P.O. BOX 286
PORT OF SPAIN, TRINIDAD W.I.

| (1) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 5060966-04 | (3) BOOKING NO. Reserva No. CAT129146 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|
| CARILINER USA INC. 950 N.W. 11TH AVE FT LAUDERDALE FL, 33311 | | (3b) DATE Fecha 12 JUL 13 | CWLQ | COSS3M304691 |
| | | (4) EXPORT REFERENCES Referencias de Exportacion | | FWDR. REF NO. |

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 5060966-06 | (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | C/MB NO. |
|---|---|---|---|---|
| CARILINER LIMITED #8 MILTON ROAD BALMAIN VILLAGE COUVA, TRINIDAD W.I. | | | | |

| (7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a: | 5060966-06 | (8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación |
|---|---|---|
| SAME AS ABOVE PH/FAX: 868-636-7597 EMAIL: CARILINER@YAHOO.COM ATTN: ESTHER BYRON COUVA VI 00803 TT | | |

| (9) VESSEL Nave | VOYAGE Viaje | FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|---|---|
| 028S | AG | | FORT LAUDERDALE, FL | CARILINER LIMITED #8 MILTON ROAD BALMAIN VILLAGE COUVA, TRINIDAD W.I. |
| WEISSHORN | | | (13) PORT OF LOADING Puerto de Carga PORT EVERGLADES, FL | |
| (16) PORT OF DISCHARGE Puerto de Descarga POINT LISAS, TT | | | (17) PLACE OF DELIVERY Lugar de Entrega de la Carga | 5060966-06 |

PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS. / CONTS. / PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| CMCU 4953412 21733 04522801 A.E.S. SHIPMENT MIAPOS132801,A,B TN K20130710011602 K20130710011603 K20130710011604 | 1 40FT | | 1 (40') HC DRY CONTAINER SLAC: 268 PCS OFFICE MACHINES, ACCESSORIES, SUPPLIES & OFFICE FURNITURE | 6989L 3170.21K | |

SHIPPER LOAD AND COUNT

OCEAN FREIGHT COLLECT

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

| (25) HAZARD DECLARATION - I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME, AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/ PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS. | | | | EMERGENCY CONTACT: | TEL. NO. | |
|---|---|---|---|---|---|---|
| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
| | | | | | | |
| | | | TOTALS | | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE 1 OF 2

DUE ON INVOICE DATE UNLESS TERMS GRANTED
Invoice Number is listed in box 3A

VAI

**CROWLEY CARIBBEAN SERVICES LLC**

REMIT TO: **GORDON GRANT & CO. LTD**
16 CHARLES STREET P.O. BOX 286
PORT OF SPAIN, TRINIDAD W.I.

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 5060966-04 |
|---|---|

CARILINER USA INC.
950 N.W. 11TH AVE
FT LAUDERDALE FL, 33311

| (3) BOOKING NO. Reserva No. | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|
| CAT129146 | CWLQ | COSS3M304691 |

| (3b) DATE Fecha |
|---|
| 12 JUL 13 |

(4) EXPORT REFERENCES  Referencias de Exportación

FWDR. REF NO.

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 5060966-06 |
|---|---|

CARILINER LIMITED
#8 MILTON ROAD
BALMAIN VILLAGE
COUVA, TRINIDAD W.I.

| (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CHB NO. |
|---|---|---|

| (7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a: | 5060966-06 |
|---|---|

SAME AS ABOVE
PH/FAX: 868-636-7597
EMAIL: CARILINER@YAHOO.COM
ATTN: ESTHER BYRON
COUVA VI 00803 TT

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

| (9) VESSEL Nave | VOYAGE Viaje | FLAG Bandera |
|---|---|---|
| 028S | AG | |
| WEISSHORN | | |

(10) PLACE OF RECEIPT - Carga Recibida en:
**FORT LAUDERDALE, FL**

(13) PORT OF LOADING Puerto de Carga
**PORT EVERGLADES, FL**

(16) PORT OF DISCHARGE Puerto de Descarga
**POINT LISAS, TT**

(15) PLACE OF DELIVERY - Lugar de Entrega de la Carga

(18) BILL TO (Complete Name, Address, & Zip Code):
CARILINER LIMITED
#8 MILTON ROAD
BALMAIN VILLAGE
COUVA, TRINIDAD W.I.

5060966-06

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas & Números | (20) NO. OF TRLS./ CONTS./PKGS./ No. de Furgones / Bultos | (21) (22) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| | | | EXPRESS RELEASE | | |
| D/R | EQUIP ID SEAL# | | | WEIGHT | CUBE |
| | CMCU 4953412 304522801 821733 | | | 6989L | |

(25) "HAZARD DECLARATION - I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME, AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/ PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

EMERGENCY CONTACT:          TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | EAC | 1151.00 | | 1151.00 | |
| OCEAN FUEL CHG | 1.000 | EAC | 980.00 | | 980.00 | |
| GRI | 1.000 | EAC | 75.00 | | 75.00 | |
| SECURITY/U.S. | 1.000 | EAC | 200.00 | | 200.00 | |
| SFLA DRAYAGE | 1.000 | EAC | 280.00 | | 280.00 | |
| TERM HANDL CHRG | 1.000 | EAC | 189.00 | | 189.00 | |
| TOTALS | | | | | 2875.00 | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE 2 OF 2

DUE ON INVOICE DATE UNLESS TERMS GRANTED
Invoice Number is listed in box 3A

VAI

ROWLEY CARIBBEAN SERVICES LLC

REMIT TO: 16 CHARLES STREET P.O. BOX 286
PORT OF SPAIN, TRINIDAD W.I.

| SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 5060966-04 | (3) BOOKING NO. Reserva No. CAT101537 | (3c) SCAC Code CWLQ | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque COSS3M310416 |
|---|---|---|---|---|

CARILINER USA INC.
50 N.W. 11TH AVE
T LAUDERDALE FL, 33311

(3b) DATE Fecha **25 JUL 13**

(4) EXPORT REFERENCES Referencias de Exportacion

FWDR. REF NO.

| CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 5060966-06 | (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CHB NO. |
|---|---|---|---|---|

CARILINER LIMITED
8 MILTON ROAD,
BALMAIN VILLAGE,
COUVA,TRINIDAD W.I.

| NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a: | 5060966-06 | (8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación |
|---|---|---|

SAME AS ABOVE
PH/FAX: 868-636-7597
EMAIL:
CARILINER@YAHOO.COM

| VESSEL Nave | VOYAGE Viaje | FLAG Bandera | (16) PLACE OF RECEIPT Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|---|---|
| | 030S | AG | FORT LAUDERDALE, FL | CARILINER LIMITED #8 MILTON ROAD, BALMAIN VILLAGE, COUVA,TRINIDAD W.I. |

WEISSHORN

(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

(6) PORT OF DISCHARGE Puerto de Descarga
POINT LISAS, TT

(17) PLACE OF DELIVERY Lugar de Entrega de la Carga

5060966-06

PARTICULARS FURNISHED BY SHIPPER

| (9) MARKS & NO'S / CONTAINER NO'S. Marcas y Numeros | (20) NO. OF TRLS./ CONTS. / PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| EXU 5623614 21736 :20130723070789 :20130723070790 | 1 40FT | | 1 X 40 DRY CONTAINER SLAC 989 PCS COMPUTER PARTS & ACCESSORIES | 28690L 13013.78K | |

OCEAN FREIGHT COLLECT

EXPRESS RELEASE

| D/R | EQUIP TEXU | ID 5623614 | SEAL# 804523969  821736 | WEIGHT 28690L | CUBE |
|---|---|---|---|---|---|

(25) *HAZARD DECLARATION - I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/ PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

EMERGENCY CONTACT:          TEL NO.

| (25) FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | EAC | 1151.00 | | 1151.00 | |
| OCEAN FUEL CHG | 1.000 | EAC | 980.00 | | 980.00 | |
| GRI | 1.000 | EAC | 75.00 | | 75.00 | |
| SECURITY/U.S. | 1.000 | EAC | 200.00 | | 200.00 | |
| SFLA DRAYAGE | 1.000 | EAC | 280.00 | | 280.00 | |
| TERM HANDL CHRG | 1.000 | EAC | 189.00 | | 189.00 | |
| TOTALS | | | | | 2875.00 | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  1 OF  1

DUE ON INVOICE DATE UNLESS TERMS GRANTED
Invoice Number is listed in box 3A

VAI

CROWLEY CARIBBEAN SERVICES LLC

GORDON GRANT & CO. LTD
REMIT TO: 16 CHARLES STREET P.O. BOX 286
PORT OF SPAIN, TRINIDAD W.I.

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 5060966-04 | | |
|---|---|---|---|

CARILINER USA INC.
950 N.W. 11TH AVE
FT LAUDERDALE FL, 33311

| (3) BOOKING NO. Reserva No. | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|
| CAT075927 | | |
| (3b) DATE Fecha | CWLQ | COSS3M310422 |
| 25 JUL 13 | | |

| (4) EXPORT REFERENCES Referencias de Exportación | FWDR. REF NO. |
|---|---|

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 5060966-06 |
|---|---|

CARILINER LIMITED
#8 MILTON ROAD,
BALMAIN VILLAGE,
COUVA TRINIDAD W.I.

| (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CHB NO. |
|---|---|---|

| (7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a: | 5060966-06 |
|---|---|

SAME AS ABOVE
PH/FAX: 868-636-7597
EMAIL:
CARILINER@YAHOO.COM
COUVA VI 00803 TT

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

| (8) VESSEL Nave | VOYAGE Viaje | FLAG Bandera |
|---|---|---|
| 030S | AG | |

WEISSHORN

| (10) PLACE OF RECEIPT: Carga Recibida en: |
|---|
| FORT LAUDERDALE, FL |

| (13) PORT OF LOADING Puerto de Carga |
|---|
| PORT EVERGLADES, FL |

(11) BILL TO (Complete Name, Address, & Zip Code):

CARILINER LIMITED
#8 MILTON ROAD,
BALMAIN VILLAGE,
COUVA,TRINIDAD W.I.

| (16) PORT OF DISCHARGE Puerto de Descarga |
|---|
| POINT LISAS, TT |

| (15) PLACE OF DELIVERY: Lugar de Entrega de la Carga |
|---|
| | 5060966-06 |

PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS. / PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| CMCU 2090797 | 1 | | 1 X 20 DRY CONTAINER | 23068L | |
| 821738 | 20FT | | SLAC: 47 PCS | 10463.64K | |
| X20130723070791 | | | 4 PCS TRUCK PARTS, | | |
| X20130723070792 | | | 1 PC CLOCKING SYSTEM, | | |
| X20130723070793 | | | 3 SKIDS & 12 BOXES TRUCK TARPS & ASSEMBLY, | | |
| X20130723070794 | | | 1 BOX FOOT MASSAGE, | | |
| | | | 2 BOXES EMERGENCY EYE WASH,    2 SKIDS , 1 BOX & | | |
| | | | 1 CYLINDER HARDWARE SUPPLIES, | | |
| | | | 7 SKIDS & 4 BOXES  PRINTING MATERIALS , | | |
| | | | 9 PCS PERSONAL EFFECTS | | |

OCEAN FREIGHT COLLECT
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT  ADMINISTRATION REGULATIONS. DIVERSION
CONTRARY TO U.S. LAW PROHIBITED
EXPRESS RELEASE

(25) *HAZARD DECLARATION - I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME, AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/ PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

EMERGENCY CONTACT:          TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | TOTALS | | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  1 OF  2

DUE ON INVOICE DATE UNLESS TERMS GRANTED
Invoice Number is listed in box 3A

VAI

# CROWLEY CARIBBEAN SERVICES LLC

GORDON GRANT & CO. LTD
REMIT TO: 16 CHARLES STREET P.O. BOX 286
PORT OF SPAIN, TRINIDAD W.I.

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 5060966-04 | (3) BOOKING NO. Reserva No. CAT075927 | (3c) SCAC Code CWLQ | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque COSS3M310422 |
|---|---|---|---|---|

CARILINER USA INC.
950 N.W. 11TH AVE
FT LAUDERDALE FL, 33311

(3b) DATE Fecha 25 JUL 13

(4) EXPORT REFERENCES Referencias de Exportacion

FWDR. REF NO.

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 5060966-06 |
|---|---|

CARILINER LIMITED
#8 MILTON ROAD,
BALMAIN VILLAGE,
COUVA,TRINIDAD W.I.

(6) FORWARDING AGENT Agente Embarcador - Referencias
FMC. NO.
C/B NO.

| (7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a: | 5060966-06 |
|---|---|

SAME AS ABOVE
PH/FAX: 868-636-7597
EMAIL:
CARILINER@YAHOO.COM
COUVA VI 00803 TT

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

| (9) VESSEL Nave | VOYAGE Viaje | FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|---|---|
| | 030S | AG | FORT LAUDERDALE, FL | CARILINER LIMITED |

WEISSHORN

(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

#8 MILTON ROAD,
BALMAIN VILLAGE,
COUVA,TRINIDAD W.I.

(16) PORT OF DISCHARGE Puerto de Descarga
POINT LISAS, TT

(17) PLACE OF DELIVERY - Lugar de Entrega de la Carga
5060966-06

## PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Numeros | (20) NO. OF TRLS./ CONTS./PKGS./ No. de Furgones / Bultos | (22) HM | DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| MIAPOS133002,A ITN #X201307230 | 70791 0792 | | | | |
| MIAPOS133003,A ITN# X201307230 | 70793 0794 | | | | |
| D/R EQUIP | ID | SEAL# | | WEIGHT | CUBE |
| CMCU | 2090797 | B04523878 821738 | | 23068L | |

(25) HAZARD DECLARATION - I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME, AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/ PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

EMERGENCY CONTACT:     TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | EAC | 891.00 | | 891.00 | |
| OCEAN FUEL CHG | 1.000 | EAC | 490.00 | | 490.00 | |
| GRI | 1.000 | EAC | 38.00 | | 38.00 | |
| SECURITY/U.S. | 1.000 | EAC | 100.00 | | 100.00 | |
| SFLA DRAYAGE | 1.000 | EAC | 280.00 | | 280.00 | |
| TERM HANDL CHRG | 1.000 | EAC | 189.00 | | 189.00 | |
| TOTALS | | | | | 1988.00 | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE 2 OF 2

DUE ON INVOICE DATE UNLESS TERMS GRANTED
Invoice Number is listed in box 3A

VAI

**GORDON GRANT & CO. LTD**
REMIT TO: 16 CHARLES STREET P.O. BOX 286
PORT OF SPAIN, TRINIDAD W.I.

| 2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 5060966-04 | (3b) BOOKING NO. Reserva No.<br>CAT042244 | (3c) SCAC Code<br>CWLQ | (3a) BILL OF LADING/INVOICE NO.<br>Conocimiento de Embarque<br>COSS3M310434 |
|---|---|---|---|---|

CARILINER USA INC.
950 N.W. 11TH AVE
FT LAUDERDALE FL, 33311

(3b) DATE Fecha **25 JUL 13**

(4) EXPORT REFERENCES Referencias de Exportación | FWDR. REF NO.

| 5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:<br>NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 5060966-06 |
|---|---|

CARILINER LIMITED
#8 MILTON ROAD,
BALMAIN VILLAGE,
COUVA,TRINIDAD W.I.

(6) FORWARDING AGENT - References
Agente Embarcador - Referencias | FMC. NO. | CHB NO.

| 7) NOTIFY PARTY (Complete Name, Address, & Zip Code)<br>Dirigir Notificación de Llegada a: | 5060966-06 |
|---|---|

SAME AS ABOVEITED
PH/FAX: 868-636-7597
EMAIL:N VILLAGE
CARILINER@YAHOO.COM
COUVA VI 00803 TT

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

| (9) VESSEL Nave | VOYAGE Viaje | FLAG Bandera | (10) PLACE OF RECEIPT · Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|---|---|
| | 030S | AG | FORT LAUDERDALE, FL | CARILINER LIMITED<br>#8 MILTON ROAD,<br>BALMAIN VILLAGE,<br>COUVA,TRINIDAD W.I. |
| WEISSHORN | | | (13) PORT OF LOADING Puerto de Carga<br>PORT EVERGLADES, FL | |
| (16) PORT OF DISCHARGE Puerto de Descarga<br>POINT LISAS, TT | | | (17) PLACE OF DELIVERY · Lugar de Entrega de la Carga<br>5060966-06 | |

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S.<br>Marcas y Números | (20) NO. OF TRLS./ CONTS. /PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| SCU 9769802<br>321737 | 1<br>40FT | | 1 X 40' DRY CONTAINER<br>SLAC 485 PCS<br>OFFICE FURNITURE,LIBRARY SUPPLIES,OFFICE<br>MACHINES,ACCESSORIES<br>& SUPPLIES | 8565L<br>3885.08K | |
| X20130724027993<br>X20130724028029<br>X20130724028031<br>X20130724028093<br>X20130724028951<br>X20130724029526 | | | | | |

OCEAN FREIGHT COLLECT
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT  ADMINISTRATION REGULATIONS. DIVERSION
CONTRARY TO U.S. LAW PROHIBITED
EXPRESS RELEASE

MIAPOS133005,A,B,C,D,E

| D/R | EQUIP ID | SEAL# | | | WEIGHT | CUBE |
|---|---|---|---|---|---|---|
| | FSCU 9769802 | B045D6048 | 821737 | | 8565L | |

(25) *HAZARD DECLARATION - I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME, AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/ PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.    EMERGENCY CONTACT: __ TEL NO. __

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | EAC | 1151.00 | | 1151.00 | |
| OCEAN FUEL CHG | 1.000 | EAC | 980.00 | | 980.00 | |
| GRI | 1.000 | EAC | 75.00 | | 75.00 | |
| SECURITY/U.S. | 1.000 | EAC | 200.00 | | 200.00 | |
| SFLA DRAYAGE | 1.000 | EAC | 280.00 | | 280.00 | |
| TERM HANDL CHRG | 1.000 | EAC | 189.00 | | 189.00 | |
| **TOTALS** | | | | | **2875.00** | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  1 OF  1

DUE ON INVOICE DATE UNLESS TERMS GRANTED
Invoice Number is listed in box 3A

VAI

**CROWLEY CARIBBEAN SERVICES LLC**

**GORDON GRANT & CO. LTD**
REMIT TO: 16 CHARLES STREET P.O. BOX 286
PORT OF SPAIN, TRINIDAD W.I.

2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador: 5060966-04

CARILINER USA INC.
950 N.W. 11TH AVE
FT LAUDERDALE FL, 33311

(3) BOOKING NO. Reserva No.: CAT424523
(3c) SCAC Code: CWLQ
**(3a) BILL OF LADING/INVOICE NO.** Conocimiento de Embarque: JAXS3M154068

(3b) DATE Fecha: 27 JUN 13

(4) EXPORT REFERENCES Referencias de Exportacion
FWOR. REF NO.

5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: 5060966-05
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'

CARILINER LIMITED
# 8 MILTON ROAD,
BALMAIN VILLAGE,
COUVA,TRINIDAD W.I.

(6) FORWARDING AGENT Agente Embarcador - Referencias
FMC. NO.
CHB N.

7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a: 5060966-05

SAME AS ABOVE
PH/FAX: 868-636-7597
EMAIL:CARILINER@YAHOO.COM

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

| (9) VESSEL Nave | VOYAGE Viaje | FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: |
|---|---|---|---|
| 026S | AG | | FORT LAUDERDALE, FL |
| WEISSHORN | | | (13) PORT OF LOADING Puerto de Carga |
| | | | PORT EVERGLADES, FL |

(16) PORT OF DISCHARGE Puerto de Descarga
POINT LISAS, TT

(11) BILL TO (Complete Name, Address, & Zip Code):
CARILINER LIMITED
# 8 MILTON ROAD,
BALMAIN VILLAGE,
COUVA,TRINIDAD W.I.

(17) PLACE OF DELIVERY Lugar de Entrega de la Carga
5060966-05

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS. / PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| CNTR#CMCU4958250 | 1 | | 1X40' DRY CONTAINER | 22649L | |
| SEAL# KYL821730 | 40FT | | STC: | 10273.59K | |
| BB04525535 | | | 1,542 PCS | | |
| | | | COMPUTER PARTS & | | |
| | | | ACCESSORIES | | |
| | | | | | |
| FREIGHT COLLECT | | | | | |
| | | | | | |
| THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED | | | | | |
| STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION | | | | | |
| CONTRARY TO U.S. LAW PROHIBITED. | | | | | |
| | | | | | |
| A.E.S SHIPMENT # | | | | | |
| MIAPOS132602,A,B,C,D | | | | | |
| ITN #X20130626006590 | | | | | |
| 6601 | | | | | |
| 6602 | | | | | |
| 6603 | | | | | |
| 6620 | | | | | |

(25) "HAZARD DECLARATION - I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME, AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

EMERGENCY CONTACT:          TEL. NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| | TOTALS | | | | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE 1 OF 2

DUE ON INVOICE DATE UNLESS TERMS GRANTED
Invoice Number is listed in box 3A

VAI

# CROWLEY CARIBBEAN SERVICES LLC

**REMIT TO: GORDON GRANT & CO. LTD**
**16 CHARLES STREET P.O. BOX 286**
**PORT OF SPAIN, TRINIDAD W.I.**

| | |
|---|---|
| **(2) SHIPPER** (Complete Name, Address, & Zip Code) Embarcador | **5060966-04** |

**(3) BOOKING NO. Reserva No.** CAT424523
**(3b) DATE Fecha** 27 JUN 13
**(3c) SCAC Code** CWLQ
**(3a) BILL OF LADING/INVOICE NO.** Conocimiento de Embarque JAXS3M154068
**(4) EXPORT REFERENCES** Referencias de Exportacion
**FWDR. REF NO.**

CARILINER USA INC.
950 N.W. 11TH AVE
FT LAUDERDALE FL, 33311

**(5) CONSIGNEE** (Complete Name, Address, & Zip Code) Consignado a:
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'    **5060966-05**

CARILINER LIMITED
# 8 MILTON ROAD,
BALMAIN VILLAGE,
COUVA,TRINIDAD W.I.

**(6) FORWARDING AGENT** Agente Embarcador - Referencias
**FMC. NO.**
**CMB NO.**

**(7) NOTIFY PARTY** (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:    **5060966-05**

SAME AS ABOVE
PH/FAX: 868-636-7597
EMAIL:CARILINER@YAHOO.COM

**(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS**
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

| **(9) VESSEL** Nave | **VOYAGE** Viaje | **FLAG** Bandera |
|---|---|---|
| | 026S | AG |
| WEISSHORN | | |

**(10) PLACE OF RECEIPT -** Carga Recibida en:
FORT LAUDERDALE, FL
**(13) PORT OF LOADING** Puerto de Carga
PORT EVERGLADES, FL

**(18) BILL TO** (Complete Name, Address, & Zip Code):
CARILINER LIMITED
# 8 MILTON ROAD,
BALMAIN VILLAGE,
COUVA,TRINIDAD W.I.

**(16) PORT OF DISCHARGE** Puerto de Descarga
POINT LISAS, TT
**(17) PLACE OF DELIVERY** Lugar de Entrega de la Carga

**5060966-05**

## PARTICULARS FURNISHED BY SHIPPER

| **(19) MARKS & NO'S. / CONTAINER NO'S.** Marcas y Números | **(20) NO. OF TRLS./ CONTS. / PKGS./** No. de Furgones / Bultos | **(21) HM** | **(22)** | **DESCRIPTION OF CARGO** Contenido Según Embarcador | **(23) WEIGHT** Libras/Kilos | **(24) MEASUREMENT** Medidas |
|---|---|---|---|---|---|---|
| EXPRESS RELEASE | | | | | | |
| D/R EQUIP ID SEAL# | | | | | WEIGHT | CUBE |
| CMCU 4958250 BB04625535 | | | | | 22649L | |

**(25) HAZARD DECLARATION** - I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME, AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/ PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.
**EMERGENCY CONTACT:** **TEL NO.**

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1151.00 | | 1151.00 | |
| OCEAN FUEL CHG | 1.000 | PTT | 980.00 | | 980.00 | |
| GRI | 1.000 | EAC | 75.00 | | 75.00 | |
| SECURITY/U.S. | 1.000 | PTT | 200.00 | | 200.00 | |
| SFLA DRAYAGE | 1.000 | PTT | 280.00 | | 280.00 | |
| TERM HANDL CHRG | 1.000 | PTT | 189.00 | | 189.00 | |
| **TOTALS** | | | | | **2875.00** | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE 2 OF 2

DUE ON INVOICE DATE UNLESS TERMS GRANTED
Invoice Number is listed in box 3A

VAI